UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK W. MEYER,

    Defendant.

Case No. 06-cv-715-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon the government's notice of dismissal and the Court having found that the government voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the United States of America Patrick W. Meyer, in this case, are **DISMISSED without prejudice**.

**DATE: May 30, 2007**

                                  **NORBERT G. JAWORSKI, CLERK**

                                  **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**